**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 95-10860
Summary Calendar

BARBARA SANDERSON, As Next Friend of Brandi Sanderson,
a Minor; SONIA JIMENEZ

Plaintiffs - Appellants

VERSUS

ANSON INDEPENDENT SCHOOL DISTRICT; MIKE BROWN,
Principal of Anson High School, Anson, Texas

Defendants - Appellees

Appeal from the United States District Court
For the Northern District of Texas
(1:95-CV-086-C)
April 10, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

   High school seniors who confessed to shoplifting while on a school-sponsored trip were disciplined by the principal. They were not allowed to participate in graduation ceremonies (but did receive their diplomas), not allowed to participate in a senior awards ceremony and in another school-sponsored trip, and one was removed from her position as a class officer. The students sued

---

[1]  Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the principal and the school district in state court alleging violations of the due process clause of the Fourteenth Amendment of the United States Constitution and resultant causes of action under § 1983, and a defamation claim under Texas state law. After removal, the district court granted defendants' motion to dismiss for failure to state a claim under Rule 12(b)6.

The students appeal and we affirm essentially for the reasons stated by the district court. The students have failed to state either a property or a liberty interest in mere participation in school ceremonies or extra-curricular activities or in holding a position as a class officer.

Before this Court, the students advance for the first time equal protection claims. We do not address claims such as these raised for the first time on appeal. Goff v. Taylor, 812 F.2d 931, 933 (5th Cir. 1987).

The state law defamation claim against the principal and the district were properly dismissed as they are immune under Texas law. Jones v. Houston Ind. School Dist., 979 F.2d 1004 (5th Cir. 1992).

AFFIRMED.